[No. 50385-5-I.   Division One.   May 12, 2003.]

GARY NICHOL, ET AL., *Appellants*, v. SNOHOMISH COUNTY
SHERIFF'S DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 02-2-05400-3, Richard J. Thorpe, J.,
entered April 12, 2002. *Affirmed* by unpublished per curiam
opinion.

[No. 50408-8-I.   Division One.   May 12, 2003.]

CAROLYN DIANE JOHNSON, *Appellant*, v. THE COUNTRY DOCTOR
COMMUNITY CLINIC, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 00-2-07567-7, Mary Yu, J., entered July 27,
2001. *Affirmed* by unpublished opinion per Kennedy, J.,
concurred in by Coleman and Grosse, JJ.

[No. 50473-8-I.   Division One.   May 12, 2003.]

THE STATE OF WASHINGTON, *Appellant*, v. FRANK CHIMENTI, JR.,
*Respondent*.

Appeal from judgments of the Superior Court for Sno-
homish County, No. 00-1-01438-9, Gerald L. Knight, J.,
entered May 9 and 15, 2002. *Reversed* by unpublished per
curiam opinion.

[Nos. 50487-8-I; 50563-7-I.   Division One.   May 12, 2003.]

*In the Matter of the Dependency of* K.R.A.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*,
v. SUSAN CLARKE, ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for
Whatcom County, No. 01-7-00295-8, David A. Nichols, J.,
entered May 14, 2002. *Affirmed* by unpublished per curiam
opinion.